BARCELIZA G. CRUZ, individually and on behalf of her infant
child RICHARD ANTHONY CRUZ, Appellee

v.

JOHN W. ASHY, Appellant

Civil No. 55-A

District Court of Guam

Appellate Division

September 1, 1967

Counsel for Appellee:      FINTON J. PHELAN, JR.
Counsel for Appellant:     E. R. CRAIN and RICHARD H.
                           BENSON

Before SHRIVER, *Judge*, District Court of Guam; FUR-
BER, *Chief Justice*, High Court of the Trust Territory
of the Pacific Islands; DUENAS, *Judge*, Island Court of
Guam

PER CURIAM

OPINION

This is an appeal from the Island Court of Guam, which
Court held that the defendant-appellant is the father of
Richard Anthony Cruz who was born out of wedlock to the
plaintiff-appellee, Barceliza G. Cruz. The only ground al-
leged for reversal is that the evidence did not support the
judgment of the Court.

We have examined the record, transcript of evidence,
and heard oral argument. We are of the view that the evi-
dence amply supports the judgment of the Court below and
such judgment is therefore affirmed.